# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2023-2825
L.T. Case No. 2020-CA-000186-A

_____

CHANTELLE LECCO DECOMO,

    Appellant,

    v.

DAVID LYLE AND DILLON M.
LECCO,

    Appellees.

_____

On appeal from the Circuit Court for Lake County,
Lawrence J. Semento, Judge.

Chantelle Lecco DeComo, Tavares, pro se.

No Appearance for Appellees.

June 11, 2024

PER CURIAM.

    AFFIRMED.

  HARRIS, EISNAUGLE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____